IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KASPERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendant<br>_____/ | No. C-06-0611 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

   Before the Court is the parties' Joint Case Management Conference Statement, filed August 21, 2006, by which the parties seek to continue the September 8, 2006 case management conference in the instant action by approximately 120 days. The parties state there is no need for a case management conference at this time because the instant action has been conditionally transferred to the Eastern District of New York for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

   Accordingly, because transfer of the instant action appears to be imminent, the September 8, 2006 case management conference is hereby VACATED.

   **IT IS SO ORDERED.**

Dated: August 22, 2006

_____
MAXINE M. CHESNEY
United States District Judge