A TRUE COPY
ATTEST
DATE 2/27/2007
ROBERT C. HEINEMANN
BY (signature) CLERK
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-60)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,128 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #           CASE CAPTION

**CALIFORNIA NORTHERN**
- CAN 3 06-544    Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-547    Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-549    Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-551    John Heigl v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-555    Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-565    Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-566    Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-567    Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-570    Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-572    Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-577    Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-578    Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-582    Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-585    Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-591    Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-598    Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-611    William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-613    Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-618    Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-620    Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-625    William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-655    Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-663    Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-541    Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-542    Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-553    Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-580    Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-614    Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-615    Raymond Weldon v. AstraZeneca Pharmaceuticals, L.P., et al.
- CAN 4 06-621    Quincy Alderson v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-626    Clinton Spung v. AstraZeneca Pharmaceuticals, LP, et al.

**INDIANA SOUTHERN**
- INS 1 06-935    Linda Brown v. Eli Lilly & Co.

**MINNESOTA**
- MN 0 06-2558    Lolenda Nwogbo v. Eli Lilly & Co.

**MISSOURI WESTERN**
- MOW 6 06-3267    Shirley Copeland v. Eli Lilly & Co.

**PENNSYLVANIA EASTERN**
- PAE 2 06-2776    Carl James v. Eli Lilly & Co.
- PAE 2 06-2777    Dwight Fuller v. Eli Lilly & Co.
- PAE 2 06-2778    Violet R. Herb v. Eli Lilly & Co.

**TEXAS EASTERN**
- TXE 5 06-128    Eugene Luettinger v. Eli Lilly & Co.
- TXE 5 06-145    Robert E. Cook, et al. v. Eli Lilly & Co.
- TXE 5 06-146    Sherry Bell, et al. v. Eli Lilly & Co.

## SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #    CASE CAPTION

**CALIFORNIA NORTHERN**
| | | |
|---|---|---|
| CAN 3 06-544 | Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4688 |
| CAN 3 06-547 | Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4689 |
| CAN 3 06-549 | Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4690 |
| CAN 3 06-551 | John Heyd v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4691 |
| CAN 3 06-555 | Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4692 |
| CAN 3 06-565 | Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4693 |
| CAN 3 06-566 | Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4694 |
| CAN 3 06-567 | Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4695 |
| CAN 3 06-570 | Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4696 |
| CAN 3 06-572 | Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4697 |
| CAN 3 06-577 | Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4698 |
| CAN 3 06-578 | Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4699 |
| CAN 3 06-582 | Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4700 |
| CAN 3 06-585 | Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4701 |
| CAN 3 06-591 | Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4702 |
| CAN 3 06-598 | Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4703 |
| CAN 3 06-611 | William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4704 |
| CAN 3 06-613 | Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4705 |
| CAN 3 06-618 | Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4706 |
| CAN 3 06-620 | Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4707 |
| CAN 3 06-625 | William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4708 |
| CAN 3 06-655 | Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4709 |
| CAN 3 06-663 | Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4710 |
| CAN 4 06-541 | Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4711 |
| CAN 4 06-542 | Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4712 |
| CAN 4 06-553 | Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4713 |
| CAN 4 06-580 | Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4714 |
| CAN 4 06-614 | Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4715 |
| CAN 4 06-615 | Raymond Weldon v. AstraZeneca Pharmaceuticals, L.P., et al. | 06-4716 |
| CAN 4 06-621 | Quincy Alderson v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4717 |
| CAN 4 06-626 | Clinton Spang v. AstraZeneca Pharmaceuticals, LP, et al. | 06-4718 |

**INDIANA SOUTHERN**
| | | |
|---|---|---|
| INS 1 06-935 | Linda Brown v. Eli Lilly & Co. | 06-4719 |

**MINNESOTA**
| | | |
|---|---|---|
| MN 0 06-2558 | Lekisha Nwogbo v. Eli Lilly & Co. | 06-4720 |

**MISSOURI WESTERN**
| | | |
|---|---|---|
| MOW 6 06-3267 | Shirley Copeland v. Eli Lilly & Co. | 06-4721 |

**PENNSYLVANIA EASTERN**
| | | |
|---|---|---|
| PAE 2 06-2776 | Carl Janes v. Eli Lilly & Co. | 06-4722 |
| PAE 2 06-2777 | Dwight Fuller v. Eli Lilly & Co. | 06-4723 |
| PAE 2 06-2778 | Violet R. Herb v. Eli Lilly & Co. | 06-4724 |

**TEXAS EASTERN**
| | | |
|---|---|---|
| TXE 5 06-128 | Eugene Luettinger v. Eli Lilly & Co. | 06-4725 |
| TXE 5 06-145 | Robert E. Cook, et al. v. Eli Lilly & Co. | 06-4726 |
| TXE 5 06-146 | Sherry Bell, et al. v. Eli Lilly & Co. | 06-4727 |